IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| ANITA I. CROOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 6:12-2156-JMC |
| ) | |
| MILES KIMBALL COMPANY ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |

**COMPLAINT**

# Exhibit B



| Apparel & Jewelry | Apparel & Jewelry \| Handbags, Wallets & Travel |
|---|---|
| Dickies & Fashion Accessories | **Small Purse Organizer** |
| Handbags, Wallets & Travel | ★★★★☆ 4.0  Read 2 Reviews  \|  Write a Review |
| Hats, Scarves & Gloves | **Description** |
| ➕ Jewelry & Keychains | Tuck your essentials in this compact organizer and switch small-size handbags in seconds! Outside features 3 pockets, 5 slots, keychain; 3-section interior has zippered pocket, snap closure. Specify color: (101-black) or (628- red). Machine washable nylon. 6 3/4" L x 3" W. |
| Jewelry Helpers | 338902 |
| ➕ Sweatshirts & T-Shirts | Qty. 1 |
| Undergarments & Sleepwear | ~~$9.99~~  **$5.82** |

🔍 Hover over image to Zoom

Add to Wish List »

This item can be shipped to Canada.

Share:
Tell a Friend


**You May Also Like...**

    

Picnic Size Food Umbrella    Jewelry & Bracelet Clasp    Fiorenza Mosaic Elasticized Tablecovers

**Small Purse Organizer (338902)**

| REVIEW SNAPSHOT® by PowerReviews |
|---|
| 4.0  (based on 2 reviews) |
| Write a Review |

| Reviewed by 2 customers | Sort by Newest ▼ |
|---|---|

Displaying reviews 1-2  Back to top

By **GA Peach**                            4.0  **Very helpfully & practical**           5/8/2012
from **Atlanta**

About Me **Modern, Practical**     PROS              CONS              BEST USES
                                   Easy Access
$ VERIFIED BUYER                   Enough Compartments
                                   Good Organization

Comments about Small Purse Organizer:

Helps to organize, very helpful, looks good, & cost worthy.

WAS THIS A GIFT?:       No

| | |
|---|---|
| | **BOTTOM LINE** Yes, I would recommend this to a friend |
| | *Was this review helpful? Yes / No - You may also flag this review* |

By **FO**  
from **springfield,ma**



| | 4.0 **nice and small** | | 5/3/2012 |
|---|---|---|---|
| **PROS** | **CONS** | **BEST USES** | |
| Easy Access | Straps Too Short | Shopping | |
| Enough Compartments | | Traveling | |
| Good Organization | | | |

**Comments about Small Purse Organizer:**

nice for small purse

**WAS THIS A GIFT?:** No

**BOTTOM LINE** Yes, I would recommend this to a friend  
*Was this review helpful? Yes / No - You may also flag this review*

Displaying reviews 1-2 Back to top